| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

ROBERT TROY MCCLURE, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 1:16-CV-69
§
BRAD LIVINGSTON, *et al.*, §
§
    Defendants. §

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert Troy Mcclure, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

Plaintiff has filed two motions seeking a temporary restraining order (#s 2 and 17). The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge concerning the motions. The magistrate judge recommends the motions be denied.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. Plaintiff's motions for a temporary restraining order are **DENIED**.

SIGNED at Beaumont, Texas, this 28th day of March, 2017.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE