| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| ROBERT TROY MCCLURE, § <br> § <br> Plaintiff, § <br> § <br> versus § <br> § <br> BRAD LIVINGSTON, *et al.*, § <br> § <br> Defendants. § | CIVIL ACTION NO. 1:16-CV-69 |

# MEMORANDUM ORDER ADOPTING
# THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert Troy Mcclure, proceeding *pro se*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The Office of the Attorney General, acting as *amicus curiae*, filed a motion asking that plaintiff's *in forma pauperis* status be revoked. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the motion be denied.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed.

## ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. The motion to revoke plaintiff's *in forma pauperis* status is **DENIED**.

SIGNED at Beaumont, Texas, this 1st day of March, 2018.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE