**UNITED STATES DISTRICT COURT**          **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| ROBERT TROY MCCLURE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:16-CV-69 |
| | § | |
| CHRISTOPHER CARTER, *et al*., | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Robert Troy McClure, an inmate confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed the above-styled civil rights lawsuit against Zsaquan O'Neal, James Chandler, Christopher Ellis, Christopher Ledesma, Slate Whitesel, David Turrubiate, Christopher Carter, Courtney Charles, Mark Barber and Sadie Vincent. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that two motions to dismiss filed by the defendants Carter, Chandler, Whitesel, Barber and Turrubiate be granted. The magistrate further recommended that the claims against the remaining defendants be dismissed. The recommendations were based on the magistrate judge's conclusion that plaintiff's claims are barred by the applicable statute of limitations.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law. After careful consideration, the court is of the opinion the objections are without merit. While plaintiff asserts his claims are meritorious, he identifies no error in the

analysis of the magistrate judge regarding limitations.  The court agrees that plaintiff did not assert his claims against the defendants until after the period of limitations had expired.

## ORDER

Accordingly, the objections filed by plaintiff in this matter (#158) are **OVERRULED**.  The findings of fact and conclusions of law set forth in the report of the magistrate judge (#154) are correct, and the report of the magistrate judge is **ADOPTED**.  The motions to dismiss (#s 143 and 151) are **GRANTED**.  A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 19th day of March, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE